UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **ONE WORLD TECHNOLOGIES, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STATES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER KEVIN K. MCALEENAN,** <br><br> **Defendants.** <br><br> **THE CHAMBERLAIN GROUP, INC. AND UNITED STATES INTERNATIONAL TRADE COMMISSION,** <br><br> **Defendant-Intervenors.** | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 19-00017 |

**TEMPORARY RESTRAINING ORDER EXTENSION**

On February 11, 2019, the court entered a Temporary Restraining Order ("TRO"), ECF 51. Under CIT Rule 65, the court may extend a TRO for a like period of time "for good cause." CIT R. 65(b)(2).

The court finds good cause to extend the TRO for the following reasons: (1) the factors considered and discussed by the court in entering the TRO, ECF 51, remain valid at this time; (2), the Chamberlain Group, Inc. was permitted to intervene and the United States International Trade Commission was permitted to intervene for the purpose of challenging jurisdiction on

February 15, 2019, ECF 56; and (3) Defendants United States, United States Department of Homeland Security, United States Customs and Border Protection, and Acting Commission Kevin K. McAleenan ("Defendants"), filed a motion to dismiss and a motion to strike demand for jury trial on February 15, 2019. ECF 59. The default time to respond to these motions under CIT Rule 7 places Plaintiff's response on March 22, 2019, well after the current expiration of the TRO. These motions address issues similar to those currently under consideration by the court in determining whether or not an injunction is warranted. Extending the TRO, pursuant to CIT Rule 65(b)(2), and expediting responses to the Defendants' motion, pursuant to CIT Rule 7(d), will preserve the status quo until the court receives a response to Defendants' motions. See Cementos Anahuac Del Golfo, S.A. v. United States, 13 CIT 981, 987, 727 F. Supp. 620, 625 (Ct. Int'l Trade 1989) (finding good cause existed to extend a TRO in order to preserve the status quo while a party filed an appeal).

Upon consideration of all papers and proceedings had herein, and upon due deliberation, it is hereby:

**ORDERED** that the Temporary Restraining Order, ECF 51, is extended to March 11, 2019 at 5:30 P.M. Eastern Standard Time; and it is further

**ORDERED** that Defendant, including all officials of U.S. Customs and Border Protection, is hereby enjoined from taking any action to seize the merchandise contained in the entries at issue in this case, specifically, Entry Nos. 442-75658274, 442-75658266, 442-75661187, and 442-75661948, and from taking any other action that may affect the disposition of that merchandise to Plaintiff's disadvantage; it is further

**ORDERED** that responses to the Defendants' Motion to Dismiss and Motion to Strike Demand for Jury Trial, and In Response to Plaintiff's Motion for Preliminary Injunction, ECF 58, are to be filed on or before February 28, 2019 at 12:00 PM Eastern Time.

                          /s/ Jennifer Choe-Groves
                          Jennifer Choe-Groves, Judge

Dated: February 21, 2019
       New York, New York