UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER KEVIN K. MCALEENAN, <br><br> Defendants, <br><br> THE CHAMBERLAIN GROUP, INC.UNITED STATES and INTERNATIONAL TRADE COMMISSION <br><br> Defendant-Intervenors. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 19-00017 |

**ORDER**

The court has reviewed the letters of One World Technologies, Inc. ("One World"), ECF 80, and The Chamberlain Group ("Chamberlain"), ECF 81. In light of the court's order regarding responses to Defendants' Motion to Dismiss and Motion to Strike Demand for Jury Trial, and In Response to Plaintiff's Motion for Preliminary Injunction, the court grants leave to allow Chamberlain to file its brief, as submitted in ECF 79. See Temporary Restraining Order Extension, 3, ECF 70. The court considers the issue of One World's request for a preliminary injunction fully briefed.

Upon consideration of all other papers and proceedings in this action, it is hereby

**ORDERED** that Chamberlain's Brief in Response to One World's Motion for Preliminary Injunction, ECF 79, is deemed submitted.

        /s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: March 5, 2019
New York, New York