UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER KEVIN K. MCALEENAN, <br><br> Defendants, <br><br> THE CHAMBERLAIN GROUP, INC.UNITED STATES and INTERNATIONAL TRADE COMMISSION <br><br> Defendant-Intervenors. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 19-00017 |

**ORDER**

In conformity with the opinion issued on this date, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 58, is denied, and it is further

**ORDERED** that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, ECF No. 7, is granted in part. Defendants, including all officials of the United States, United States Department of Homeland Security, United States Customs and Border Protection, and Acting Commissioner Kevin K. McAleenan, are hereby enjoined from taking any action to seize the merchandise contained in the entries at issue in this case, specifically, Entry Nos. 442-

75658274, 442-75658266, 442-75661187, and 442-75661948, and from taking any other action that may affect the disposition of that merchandise to Plaintiff's disadvantage; it is further

**ORDERED** that Defendants' Motion to Strike Demand for Jury Trial, ECF No. 58, is denied as moot; and it is further

**ORDERED** that discovery shall be complete by May 10, 2019; and it is further

**ORDERED** that dispositive motions, if any, shall be filed on or before June 10, 2019; and it is further

**ORDERED** that pursuant to CIT Rule 16(b), the Parties shall confer and file a joint proposed scheduling order consistent with this order by March 20, 2019.  The Parties shall provide the court with agreed-upon deadlines for the following:

1. Any motions regarding the pleadings or other preliminary matters shall be filed on or before _____;

2. Discovery shall be completed by May 10, 2019;

    a. Interrogatories and document requests shall be served on or before _____;

    b. Responses to interrogatories and document requests shall be served on or before _____;

    c. Depositions of factual and 30(b)(6) witnesses shall be completed on or before _____;

    d. If applicable, Plaintiff's expert report shall be due on or before _____;

    e. If applicable, Defendant's expert report shall be due on or before _____;

    f. Depositions of expert witnesses shall be completed on or before

_____;

3.  Any motions regarding discovery shall be filed on or before _____;

4.  Dispositive motions, if any, shall be filed on or before June 10, 2019, and a brief in response to a dispositive motion may include a dispositive cross-motion; and

5.  Briefs in response to dispositive motions shall be filed on or before _____;

6.  Reply briefs shall be filed on or before _____;

7.  Any motion for oral argument shall be filed on or before _____; and

8.  If no dispositive motions are filed, a request for trial, if any, accompanied by a proposed order governing preparation for trial, shall be filed on or before _____.

                /s/ Jennifer Choe-Groves
                Jennifer Choe-Groves, Judge

Dated: March 11, 2019
   New York, New York