## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, INC., <br><br>    Plaintiff, <br><br>v. <br><br>UNITED STATES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER KEVIN K. MCALEENAN, <br><br>    Defendants, <br><br>THE CHAMBERLAIN GROUP, INC. and UNITED STATES INTERNATIONAL TRADE COMMISSION <br><br>    Defendant-Intervenors. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 19-00017 |

## **ORDER**

Upon consideration of Defendants' Motion to Strike, ECF No. 88, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Defendants' Motion to Strike, ECF No. 88, is denied.

   /s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated:  March 13, 2019
       New York, New York