April 22, 2019

The Honorable Jennifer Choe-Groves
U.S. Court of International Trade
One Federal Plaza
New York, N.Y. 10278

Re:   *One World Technologies, Inc. v. United States*; Case No. 19-cv-0017

Dear Judge Choe-Groves:

I am an independent expert retained by The Chamberlain Group, Inc. to assist counsel in this case. I have reviewed the Protective Order entered in the above-referenced matter. In accordance with the Protective Order, I agree:

(1)   To be bound by the terms of the Protective Order;

(2)   Not to reveal confidential business information under the Protective Order to anyone other than another person designated in paragraph 11; and

(3)   To utilize such confidential business information solely for purposes of this case.

Sincerely,

*[signature]*

Nathaniel J. Davis IV