UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 11

One World Technologies, Inc.
                   Plaintiff,

v.

United States, et. al.
                   Defendant.

Court No.:    19-cv-17

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, The Chamberlain Group, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☐ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is _____.

Date: 04/23/2019

Kathryn Ann Quisenberry
Attorney

Fish & Richardson P.C.
Firm

1221 McKinney Ave., Suite 2800
Street Address

Houston, TX 77010
City, State and Zip Code

(713) 654-5355
Telephone Number

quisenberry@fr.com
E-mail Address

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 19-cv-17 | One World Technologies, Inc. v. United States, et. al. | The Chamberlain Group, Inc. |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)