**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> THE UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CUSTOMS AND BORDER PROTECTION; and KEVIN K. McALEENAN, in his official capacity as Commissioner of U.S. Customs and Border Protection, <br><br> Defendants. <br><br> THE CHAMBERLAIN GROUP, INC., <br><br> Intervenor, <br><br> And <br><br> UNITED STATES INTERNATIONAL TRADE COMMISSION, <br><br> Intervenor. | Case No.: 19-cv-00017 |

**CLARIFICATION OF DEFENDANTS' POSITION REGARDING A STAY**

At the request of the Court, Defendants The United States of America, United States Department of Homeland Security, United States Customs and Border Protection ("Customs"), and Kevin K. McAleenan (collectively, the "Government"), file this short clarification. The Government writes to clarify its position on the record regarding any potential stay in this matter. The Settlement Agreement between One World and the Government contemplates that this case will be dismissed as soon as practicable. For the reasons explained in the Government's pending motion to dismiss, the Government's position is that the Court lacks jurisdiction over One World's claims here. There is no reason the case cannot be dismissed now as requested by One World and the Government in the joint motion to dismiss. Although the Government does not share this view, to allay One World's concern that the Court might not be able to dismiss the case due to the pending

appeals, the Government consented, in the alterative, to a limited stay. Today the Government filed a motion at the Federal Circuit to dismiss its appeal. This case should now be dismissed for the reasons outlined in the joint motion to dismiss, and the Government strongly opposes a stay of this case for any further period of time.

    Respectfully submitted,

    JOSEPH H. HUNT
    Assistant Attorney General

    /s/ Amy Rubin
    AMY M. RUBIN
    Assistant Director
    International Trade Field Office

    /s/ Guy Eddon
    GUY EDDON
    EDWARD F. KENNY
    MARCELLA POWELL
    ALEXANDER VANDERWEIDE
    Trial Attorneys
    Civil Division, Dept. of Justice
    Commercial Litigation Branch
    26 Federal Plaza – Suite 346
    New York, NY 10278
    Tel. (212) 264-9230 or 0480

    *Attorneys for Defendants*

Dated: May 3, 2019