Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL  60601-5094
Tel.  +1.312.324.1000
Fax: +1.312.324.1001
www.morganlewis.com

# Morgan Lewis

**Jason C. White**
Partner
+1.312.324.1775
jwhite@morganlewis.com

May 3, 2019

**VIA ECF**

Honorable Jennifer Choe-Groves
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

**Re:**  *One World Technologies, Inc. v. United States*
Court No. 19-cv-0017

Dear Judge Choe-Groves:

One World writes regarding the Court's Letter Regarding Redactions To Opinion.  ECF No. 161. As requested, One World has reviewed the Proposed Public Version (ECF No. 161-1), and does not believe that any additional redactions are necessary.

Please feel free to contact me if the Court has any questions.  Thank you for your time and consideration.

Sincerely,

*/s/ Jason C. White*

Jason C. White


JCW

cc: Counsel of Record (via ECF)

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Hartford  Houston  London  Los Angeles  Miami  Moscow  New York
Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Singapore  Tokyo  Washington  Wilmington

Case No. 1:19-cv-00017

## CERTIFICATE OF SERVICE

  I hereby certify that on May 3, 2019, I caused the foregoing **LETTER** to be electronically filed with the Clerk of the U.S. Court of International Trade by using the CM/ECF system, which will automatically generate and serve notice of this filing to all counsel of record.

              */s/ Nina Armah*
              NINA ARMAH
              Paralegal
              MORGAN, LEWIS & BOCKIUS LLP
              1111 Pennsylvania Avenue, N.W.
              Washington, D.C. 20004-2541