# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ONE WORLD TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES CUSTOMS AND BORDER PROTECTION, and COMMISSIONER KEVIN K. MCALEENAN, <br><br> Defendants, <br><br> and <br><br> THE CHAMBERLAIN GROUP, INC., and UNITED STATES INTERNATIONAL TRADE COMMISSION, <br><br> Defendant-Intervenors. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 19-00017 |

## ORDER

Following a telephonic conference with the Parties, and upon consideration of all papers and proceedings in this action, it is hereby

**ORDERED** that all briefing, discovery, and further proceeding deadlines occurring on or after May 1, 2019, are suspended.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated: May 3, 2019
New York, New York