ERRATA

One World Technologies, Inc. v. United States, Court No. 19-CV-00017, Confidential Slip Op. 19-33, dated March 11, 2019.

Page 5: On line 3 of the third full paragraph, replace "[[58]]" with "58".

Page 8: On line 3 of the second full paragraph, replace "[[Hr'g. Tr. 20:21–25, Feb. 11, 2019]]" with "Hr'g. Tr. 20:21–25, Feb. 11, 2019".

Page 8: On line 3 of the third full paragraph, replace "[[Hr'g. Tr. 50:6–10, Feb. 11, 2019]]" with "Hr'g. Tr. 50:6–10, Feb. 11, 2019".

Page 8: On line 6 through line 7 of the third full paragraph, replace "[[Hr'g. Tr. 50:6–10, Feb. 11, 2019]]" with "Hr'g. Tr. 50:6–10, Feb. 11, 2019".

Page 9: On line 6 of the first full paragraph, replace "[[19, ECF Nos. 58]]" with "19, ECF Nos. 58".

Page 9: On line 5 through line 11 of footnote 3, replace:

"[[    JUDGE:  for purposes of importation, how did the government -- what date would the government deem the entry to be imported? Is it date of presentment [or] the date of detention?

MR. KENNY: Your Honor, I don't think the date of importation is not -- is not a date that's relevant. . . .  It's date of presentment, followed by whether or not there's an exclusion within certain days of that date or not.

TRO & PI Hr'g. Tr. 19:1–9]]" with:

"    JUDGE:  for purposes of importation, how did the government -- what date would the government deem the entry to be imported? Is it date of presentment [or] the date of detention?

MR. KENNY: Your Honor, I don't think the date of importation is not -- is not a date that's relevant. . . .  It's date of presentment, followed by whether or not there's an exclusion within certain days of that date or not.

TRO & PI Hr'g. Tr. 19:1–9."

Pages 9–10: On page 9, line 5 of the third full paragraph through page 10, line 4 of the first paragraph, replace "[[One World contended that their complaint was filed before the Third and Fourth Shipments were imported.  TRO & PI Hr. Tr. 20:21–21:3, Feb. 11, 2019.  One World also argued that other, "future shipments . . . destined for the U.S. in the coming weeks and months" would qualify for preimportation.  TRO & PI Hr. Tr. 20: 21-24, Feb. 11, 2019.[4]]]" with "One World contended that their complaint was filed before the Third and Fourth Shipments were imported.  TRO & PI Hr. Tr. 20:21–21:3, Feb. 11, 2019.  One World also argued that other,

"future shipments . . . destined for the U.S. in the coming weeks and months" would qualify for preimportation.  TRO & PI Hr. Tr. 20:21-24, Feb. 11, 2019.[4]"

Page 10: On line 8 of the first paragraph, replace "[[58]]" with "58".

Page 10: On line 8 through line 9 of the first paragraph, replace "[[Plaintiff counters that prior to importation means prior to importation of a specific shipment.  TRO & PI Hr. Tr. 35:1–6, Feb. 11, 2019, ECF No. 60.]]" with "Plaintiff counters that prior to importation means prior to importation of a specific shipment.  TRO & PI Hr. Tr. 35:1–6, Feb. 11, 2019, ECF No. 60."

Page 10: On line 3 through line 8 of footnote 4, replace "[[Customs' detention notice for entry no. 442-75662557 states "[a]dmissibility determination research" as the reason for detention.  Entry no. 442-75662557 was presented on February 7, 2019, but does not have an identified importation date.  ECF No. 62, Ex. B.  One World's brief does not attach a detention notice for Entry no. 442-76565436, but does include an Entry Summary.  Entry no. 442-76565436 was listed as imported on February 18, 2019.  ECF No. 62, Ex. C.]]" with "Customs' detention notice for entry no. 442-75662557 states "[a]dmissibility determination research" as the reason for detention.  Entry no. 442-75662557 was presented on February 7, 2019, but does not have an identified importation date.  ECF No. 62, Ex. B.  One World's brief does not attach a detention notice for Entry no. 442-76565436, but does include an Entry Summary.  Entry no. 442-76565436 was listed as imported on February 18, 2019.  ECF No. 62, Ex. C."

Page 11: On line 2 through line 5 of the second full paragraph, replace "[[One World does not specify whether it believes that the presentment date was the date of importation under 19 C.F.R. § 101.1, or if there was a separate importation date for that shipment.  See TRO & PI Hr'g Tr. 22:3–7, ECF No. 60]]" with "One World does not specify whether it believes that the presentment date was the date of importation under 19 C.F.R. § 101.1, or if there was a separate importation date for that shipment.  See TRO & PI Hr'g Tr. 22:3–7, ECF No. 60".

Page 12: On line 2 through line 3 of the first full paragraph, replace "[[TRO & PI Hr'g Tr. 17:19–23, ECF No. 60]]" with "TRO & PI Hr'g Tr. 17:19–23, ECF No. 60".

Page 12: On line 5 of the first full paragraph, replace "[[See TRO & PI Hr'g Tr. 22:3–7, ECF No. 60.]]" with "See TRO & PI Hr'g Tr. 22:3–7, ECF No. 60."

Page 12: On line 3 through line 4 of the second full paragraph, replace "[[TRO & PI Hr'g Tr. 17:19–23, ECF No. 60]]" with "TRO & PI Hr'g Tr. 17:19–23, ECF No. 60".

Page 12: On line 6 of the second full paragraph, replace "[[See TRO & PI Hr'g Tr. 22:3–7, ECF No. 60.]]" with "See TRO & PI Hr'g Tr. 22:3–7, ECF No. 60."

Page 13: On line 3 through line 6 of the second full paragraph, replace "[[Plaintiff cross-references the Defendants' identified importation date.  Pl. Suppl. Br. in Supp. of the Ct.'s Subject Matter Jurisdiction, ECF No. 62; TRO & PI Hr. Tr. 17:19–23, 20:21–24, Feb. 11, 2019, ECF No. 60; see Entry Summary for Entry No. 442-75661948, ECF No. 21, Ex. X.]]" with "Plaintiff cross-references the Defendants' identified importation date.  Pl. Suppl. Br. in Supp. of

the Ct.'s Subject Matter Jurisdiction, ECF No. 62; TRO & PI Hr. Tr. 17:19–23, 20:21–24, Feb. 11, 2019, ECF No. 60; see Entry Summary for Entry No. 442-75661948, ECF No. 21, Ex. X."

Page 13: On line 1 through line 3 of the third full paragraph, replace "[[Defendants argue that: (1) final agency action has not occurred in this case, and (2) One World has not challenged a Customs ruling in the present case.  Defs.' Mot. to Dismiss 17–21, ECF No. 58]]" with "Defendants argue that: (1) final agency action has not occurred in this case, and (2) One World has not challenged a Customs ruling in the present case.  Defs.' Mot. to Dismiss 14–21, ECF No. 59".

Page 15: On line 4 through line 5 of the first paragraph, replace "[[Pl. Br. Supp. Subject Matter Jurisdiction Under 18 U.S.C. § 1581(i), ECF No. 26, Exs. 1 & 2; TRO & PI Hr'g Tr. 60:4–9, ECF No. 60.]]" with "Pl. Br. Supp. Subject Matter Jurisdiction Under 18 U.S.C. § 1581(i), ECF No. 25, Exs. 1 & 2; TRO & PI Hr'g Tr. 60:4–9, ECF No. 60."

Page 15: On line 7 of the first paragraph, replace "[[Pl. Mem. P. & A. Supp. Pl. Mot. for TRO & PI 10, ECF No. 21]]" with "Pl. Mem. P. & A. Supp. Pl. Mot. for TRO & PI 10, ECF No. 8".

Page 15: On line 9 of the first paragraph, replace "[[Chamberlain's Br. Resp. One World's Mot. for PI 3–4, ECF No. 79.]]" with "Chamberlain's Br. Resp. One World's Mot. for PI 3–4, ECF No. 79."

Page 16:  In footnote 11, replace "[[During the PI/TRO Hearing, counsel for One World stated: "[w]e also at that point sought to learn CBP's intentions with respect to future shipments in view of the Court's order.  We reached out to a number of the people at different ports and different jurisdictions, but we were not able to get a response to our inquiry, so again we're unsure as to what position they were going to take."  PRO/TI Hr'g. 23:4–10.]]" with "During the PI/TRO Hearing, counsel for One World stated: "[w]e also at that point sought to learn CBP's intentions with respect to future shipments in view of the Court's order.  We reached out to a number of the people at different ports and different jurisdictions, but we were not able to get a response to our inquiry, so again we're unsure as to what position they were going to take."  TRO & PI Hr'g Tr. 23:4–10, ECF No. 60."

Pages 16–17: On page 16, line 2 of the second full paragraph, through page 17, line 1 of the first paragraph, replace "[[made inquiries to Customs regarding Customs' intended treatment of future redesigned GDO shipments.[11]  It is not clear from the record whether these inquiries were made orally, or in writing.]]" with "made inquiries to Customs regarding Customs' intended treatment of future redesigned GDO shipments.[11]  It is not clear from the record whether these inquiries were made orally, or in writing."

Page 21: On line 6 through line 7 of the first full paragraph, replace "[[See TRO & PI Hr'g Tr. 25:24–26:3, ECF No. 60]]" with "see TRO & PI Hr'g Tr. 25:24–26:3, ECF No. 60".

Page 21: On line 6 of the second full paragraph, replace "[[58]]" with "58".

Page 23: On line 3 of the first full paragraph, replace "[[58]]" with "58".

Page 23: On line 6 of the first full paragraph, replace "78" with "77".

Page 24: On line 4 of the third full paragraph, replace "[[58]]" with "58".

Page 25: On line 3 of the first paragraph, replace "[[Pl.'s Br. Opp. Defs.' Mot. to Dismiss 9, ECF No. 78]]" with "Pl.'s Br. Opp. Defs.' Mot. to Dismiss 9, ECF No. 77".

Page 28: On line 6 of the first full paragraph, replace "ECF No. 58" with "ECF Nos. 58, 59".

Page 28: On line 4 of the second full paragraph, replace "78" with "77".

Page 29: On line 3 of the first full paragraph, replace "[[ECF No. 26, Exs. 1 & 2]]" with "ECF No. 25, Exs. 1 & 2".

Page 29: On line 6 of the first full paragraph, replace "[[ECF No. 26, Exs. 1 & 2]]" with "ECF No. 25, Exs. 1 & 2".

Page 30: On line 1 through line 2 of the first paragraph, replace "[[TRO & PI Hr'g Tr. 71:18–72:3 ECF No. 60.]] with "TRO & PI Hr'g Tr. 71:18–72:3 ECF No. 60."

Page 31: On line 6 of the first paragraph, replace "[[58]]" with "58".

Page 32: On line 4 of the first paragraph, replace "ECF No. 78" with "ECF No. 77".

May 6, 2019